IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEVIN D. ALLEN,

   Petitioner,

     v.

UNITED STATES OF AMERICA,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-1570-TWT

**ORDER**

This is a pro se habeas corpus Petition by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending that the action be dismissed because the claim was rejected in a prior habeas corpus action filed by this Petitioner. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of October, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Allen\r&r.wpd